Joseph R. Manning, Jr. (SBN 223381)
Caitlin J. Scott (SBN 310619)
Tristan P. Jankowski (SBN 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
Guillermo Robles

Jeffrey M. Goldman (SBN 233840)
E-mail: goldmanj@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone:  (949) 567-3500
Fax:  (949) 863-0151

Attorneys for Defendant
THE CHEESECAKE FACTORY INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br><br>THE CHEESECAKE FACTORY INC., a Delaware corporation,<br><br>Defendants. | Case No.  2:16-cv-07400-TJH-E<br><br>**FOURTH JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint filed:          October 3, 2016<br>Current response date: February 10, 2017<br>New response date:     February 24, 2017 |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(a) and Local Rule 7-1, Plaintiff GUILLERMO ROBLES ("Plaintiff") and Defendant THE CHEESECAKE FACTORY INCORPORATED ("Defendant" or "TCFI") (the "Parties") hereby stipulate and agree, by and through their undersigned counsel, as follows:

1. On October 3, 2016, Plaintiff filed a Complaint against TCFI.

2. On January 12, 2017, the Court approved the Parties' second stipulation to extend TCFI's deadline to respond to the Complaint to January 27, 2017. Dkt. 15.

3. On January 27, 2017, the Court approved the Parties' third stipulation to extend TCFI's deadline to respond to the Complaint to February 10, 2017. Dkt. 17.

4. "When an act may or must be done within a specified time, the court may, for good cause, extend the time." Fed. R. Civ. P. 6(b). "[A]n application for enlargement of time under Rule 6(b)(1) normally will be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B C. Wright & A. Miller, Federal Practice & Procedure § 1165 (3d ed. 2002).

5. Good cause exists for the requested additional two-week extension. Since the Court approved the Parties' third stipulation, the Parties have agreed to material terms and are in the process of finalizing a settlement agreement. While the Parties are negotiating in good faith, the requested extension will enable the Parties additional time to conclude settlement discussions without requiring TCFI to undertake the potentially unnecessary expense of responding to Plaintiff's Complaint

6. This Stipulation is made in good faith and not for the purpose of undue delay.

7. This Stipulation is made without waiver of the Parties' rights or defenses.

//

//

1

FOURTH JOINT STIPULATION TO EXTEND TIME
TO RESPOND TO INITIAL COMPLAINT

WHEREFORE, for the above-stated reasons, the Parties stipulate, subject to the Court's approval, that TCFI shall have through and including February 24, 2017 to file and serve a response to Plaintiff's Complaint.

Respectfully submitted,

Dated:  February 8, 2017

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    GUILLERMO ROBLES

Dated:   February 8, 2017

**PEPPER HAMILTON LLP**

By: /s/ *Jeffrey M. Goldman*
    Jeffrey M. Goldman
    Attorneys for Defendant
    THE CHEESECAKE FACTORY
    INCORPORATED.

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATE: February 8, 2017        By: /s/ *Joseph R. Manning, Jr.*