Joseph R. Manning, Jr. (SBN 223381)
Caitlin J. Scott (SBN 310619)
Tristan P. Jankowski (SBN 290301)
ADAPracticeGroup@manninglawoffice.com
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Tel: 949.200.8755
Fax: 866.843.8308

*Attorneys for Plaintiff*
GUILLERMO ROBLES

Jeffrey M. Goldman (SBN 233840)
E-mail: goldmanj@pepperlaw.com
**PEPPER HAMILTON LLP**
4 Park Plaza, Suite 1200
Irvine, California 92614
Telephone:  (949) 567-3500
Fax:  (949) 863-0151

Attorneys for Defendant
THE CHEESECAKE FACTORY
INCORPORATED

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>THE CHEESECAKE FACTORY, INC., a Delaware corporation,<br><br>Defendants. | Case No.  2:16-cv-07400-TJH-E<br><br>**JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: October 3, 2016<br>Trial Date:        None<br>District Judge:    Hon. Terry J. Hatter, Jr. |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Guillermo Robles ("Plaintiff") and Defendant The Cheesecake Factory Incorporated stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED :  February 23, 2017        **MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
   Joseph R. Manning, Jr.
   Attorney for Plaintiff
   GUILLERMO ROBLES

DATED :  February 23, 2017        **PEPPER HAMILTON LLP**

By: /s/ *Jeffrey M. Goldman*
   Jeffrey M. Goldman
   Attorneys for Defendant
   THE CHEESECAKE FACTORY
   INCORPORATED

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Joseph R. Manning, Jr., hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 23, 2017        By: /s/ *Joseph R. Manning, Jr.*