1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual, | Case No.: 2:16-cv-07400-TJH-Ex |
| Plaintiff, | **ORDER DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [JS-6]** |
| v. | |
| THE CHEESECAKE FACTORY, INC., a Delaware corporation, | |
| Defendants. | |

[~~PROPOSED~~] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1
2
3
4  After consideration of the Joint Stipulation for Dismissal of the Entire Action
5  with Prejudice filed by Plaintiff Guillermo Robles ("Plaintiff") and Defendant The
6  Cheesecake Factory Incorporated, the Court hereby enters a dismissal with
7  prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each
8  party shall bear his or its own costs and attorneys' fees.
9  IT IS SO ORDERED.
10
11  DATED:  MARCH 2, 2017          *[signature: Terry J. Hatter, Jr.]*
12  _____
13  HON. TERRY J. HATTER, JR.,
   UNITED STATES DISTRICT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1
[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITH PREJUDICE